## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-117-MPT |
| | ) |
| PERCY A. SKINNER, | ) |
| | ) |
| Defendant. | ) |

## <u>SUBSTITUTION OF COUNSEL</u>

Please withdraw the appearance of Assistant United States Attorney Robert F. Kravitz and

enter the appearance of Assistant United States Attorney Martin C. Meltzer as counsel of record for

the government in the above-captioned case.


Respectfully submitted,

COLM F. CONNOLLY
United States Attorney


By:    /s/Martin C. Meltzer
Martin C. Meltzer
Assistant United States Attorney

Dated: June 28, 2007

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No.  07-117-MPT |
| | ) | |
| PERCY A. SKINNER, | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on June 28, 2007, I electronically filed:

### SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF.  Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Edson Bostic, Esquire
Federal Public Defender
704 King Street
First Federal Plaza, Suite 110
Wilmington, DE 19801

/s/   Jennifer Brown
Jennifer Brown