REDACTED

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal Action No. 07-104-UNA |
| ) | |
| PERCY A. SKINNER, ) | |
| ) | |
| Defendant. ) | |

FILED

JUL 24 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

## COUNT ONE

On or about June 26, 2007 in the State and District of Delaware, PERCY A. SKINNER, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Baretta, model 92FS, nine millimeter caliber luger semi-automatic pistol serial number BER21208BZ, after having been convicted on or about April 26, 2007 of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court of and for the County of New Castle in the State of Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the

following: Baretta, model 92FS, nine millimeter caliber luger semi-automatic pistol serial number BER21208BZ and the ammunition constrained within its loaded magazine.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Martin C. Meltzer
Special Assistant United States Attorney

Dated: July 24, 2007