IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              :
                                       :
            Plaintiff,                 :
                                       :
      v.                               :   Criminal Action No. 07-104 JJF
                                       :
PERCY SKINNER,                         :
                                       :
            Defendant.                 :

## O R D E R

WHEREAS, Defendant has filed a Motion to Suppress

Evidence and Statements (D.I. 11);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary

Hearing will be held on **Thursday, November 1, 2007, at 4:00 p.m.**,

in Courtroom No. 4B on the 4th Floor, Boggs Federal Building,

Wilmington, Delaware.

October /7, 2007                    _____
      DATE                          UNITED STATES DISTRICT JUDGE



F I L E D

OCT 1 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE