IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-104 JJF |
| PERCY SKINNER, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court has been notified that a Memorandum of Plea Agreement has been reached in the above-captioned case;

NOW THEREFORE, IT IS ORDERED that:

1. A Rule 11 hearing will be held on **Tuesday, November 27, 2007 at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and November 27, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

November 7, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
NOV 7 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE